# United States District Court

## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| **SIDNEY GUILLIANO RATON**<br>**DOB: XX/XX/76** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___April 21, 2005___ in ___Washington, D.C.___ county, in the District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

False Statement in Application for a Passport.

in violation of Title ___18___ United States Code, Section(s) ___1542___.

I further state that I am ___John T. Mazzuchi, Special Agent with U.S. Department of State, Diplomatic Security Service___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
John T. Mazzuchi, Special Agent
U.S. Department of State
Diplomatic Security Service

_____   at   ___Washington, D.C.___
Date                                                    City and State

_____      _____
Name & Title of Judicial Officer       Signature of Judicial Officer