AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

SIDNEY GUILLIANO RATON

## WARRANT FOR ARREST

CASE NUMBER: 05 - 0 4 4 2 M - 0 1.

FILED

AUG 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Sidney Guilliano Raton _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense)

False Statement in Application for a Passport.

in violation of Title 18  United States Code, Section(s) 1542 .

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer  AUG 0 5 2005   District of Columbia

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| | JOHN T. MAZZUCHI | |
| DATE OF ARREST | SPECIAL AGENT | |
| 08/09/2005 | | |