IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| | : | |
| v. | : | MAGISTRATE NO. 05-0442M-01 (CR) |
| | : | |
| SIDNEY GUILLIANO RATON | : | VIOLATION: |
|    also known as | : | 18 U.S.C. § 1542 |
|    Mario Gerald Chery | : | (False Statements in Application and Use |
|    also known as Mario Gerald | : | of Passport) |
|    Cherry, | : | |
|         Defendant. | : | |

## INFORMATION

The United States Attorney charges that:

On or about April 21, 2005, within the District of Columbia, defendant **SIDNEY GUILLIANO RATON**, also know as Mario Gerald Chery, and also known as Mario Gerald Cherry, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant states he was Mario Gerald Cherry, born in Orange Township, New Jersey, on January 17, 1982, which statements he knew to be false.

**(False Statements in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By: _____
HEIDI M. PASICHOW
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar # 370-686
555 4th Street, N.W.  Room 4237
Washington, D.C. 20530
(202) 514-7533