IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.:   05-422 |
| | : | |
| v. | : | Magistrate District Judge Facciola |
| | : | |
| SIDNEY GUILLIANO RATON, | : | Plea Hearing: December 15, 2005 |
| Defendant. | : | |

### NOTICE OF DEFENDANT'S INTENTION TO PLEA TO INFORMATION

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that the defendant, through his counsel, has informed the United States that he intends to plea to a one-count information at the hearing scheduled for December 15, 2005. The United States provides the Court with the following information for purposes of conducting the plea colloquy and has enclosed herewith the United States' plea proffer.

The United States filed an information on November 30, 2005, in which he was charged with one count of violating Title 18, United States Code, Sections 1542 (False Statements in Application and Use of Passport). Pursuant to 18 U.S.C. 1542, this offense is punishable by imprisonment of up to ten years. Under 18 U.S.C. § 3571(b)(3), it is also punishable by a fine of up to $250,000, and a term of probation not to exceed five years and of supervised release not to exceed three years pursuant to 18 U.S.C. § 3583(b)(2). In addition, the defendant may be required to pay a special assessment of $100 under United States Sentencing Guideline Section 5E1.3(2)(A). See also 18 U.S.C. § 3013. Pursuant to Section 5E1.2 of the United States Sentencing Guidelines, the Court may also impose a fine sufficient to pay the federal government the costs of any imprisonment.

The elements of the offense for False Statements in Application and Use of Passport are:

(1)   The defendant willfully and knowingly made any false statement in an application for passport;

(2) with intent to induce or secure the issuance of a passport under the authority of the United States;

(3) either for his own use or the use of another;

(4) contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia

_____
HEIDI M. PASICHOW
Assistant U.S. Attorney
D.C. Bar # 370-686
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001
Heidi.Pasichow@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing document has been faxed and mailed, postage prepaid to counsel for defendant, _____ Tony Miles _____, on this 15th day of November, 2005.

2

HEIDI M. PASICHOW
Assistant United States Attorney