05-422m

FACTUAL PROFFER

SIDNEY GUILLIANO RATON
DOB: 01/30/76
6589 OVERHEART LANE
COLUMBIA, MARYLAND 21045

FILED

DEC 15 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This factual proffer incorporated by reference into the plea agreement entered in to by the defendant and the government dated November 22, 2005 is as follows:.

1. On 04/21/05 an individual identifying himself as MARIO GERALD CHERRY, born 01/17/82 in Orange Township, New Jersey, executed a DS-11 (application for a U.S. passport) at the Washington D.C. Passport Office, 1111 19th Street Washington, District of Columbia. He was later identified as defendant SIDNEY GUILLIANO RATON born on 1/30/76. For proof of identity and citizenship the individual who claimed to be MARIO GERALD CHERRY presented a Maryland Driver's license C-600-585-275-047 issued 04/09/05 and a City of Orange Township New Jersey birth certificate 11449 issued 08/18/97. On the DS-11, that individual claimed that his social security number was 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. The DS-11 bore the photograph resembling the individual identifying himself as MARIO GERALD CHERRY.

2. The defendant RATON, swore an oath before Lisa ANDERSON, Passport Specialist, who is authorized to accept passport applications, that all of the information on the DS-11 (passport application) was true and correct. He then signed in block 23 of the application.

3. The Washington D.C. Passport Office Fraud Prevention Manager forwarded the defendant's DS-11 as a suspected case of fraud to the Diplomatic Security Service Washington Field Office (WFO) due to numerous fraud indicators.

4. The DS-11 application showed a mailing address of 6589 Overheart Lane, Columbia, Maryland, an emergency contact listed as Esther DURAND, and mother's maiden name as Jeanty, EMILIE. This same information was provided on 03/18/05 on a separate DS-11 application submitted by an individual claiming to be SIDNEY GUILLIANO RATON. The photographs on the applications, although very similar, are of different individuals. The two DS-11 applications in question bore other similarities in handwriting style and both claimed travel plans to Spain. Comparison of birth records and database indices revealed that CHERY's true name is MARIO GERALD CHERY and that he and RATON are half-brothers with the same mother Jeanty EMILIE.

5. On 04/18/05 defendant SIDNEY GUILLIANO RATON was sent a letter from the Washington Passport Office notifying him that, based on Section 51.70(a)(8) of Title 22 of the Code of Federal Regulations, he was ineligible to receive Passport services and his application was denied. This was in accordance with the certification of the Secretary of Health and Human Services that RATON was in arrears of child support in excess of $5,000.

6. On 06/02/05 DSS Agents conducted an interview with MARIO GERALD CHERY at his place of work, Fidelity Investment Bank at 6630 Eli Whitney Dr. Columbia, Maryland. When asked to show identification, CHERY presented a Maryland driver's license C600-585-275-047 issued 04-09-2005, the same one used for the DS11 application. During the interview, CHERY denied ever having applied for a U.S. Passport and implicated his half brother SYDNEY GUILLIANO RATON as the writer and submitter of the DS-11 in question because he knew that his brother wanted to obtain a U.S. Passport and his application had been denied. CHERY stated that RATON had used his driver's license in the past and RATON had requested that CHERY pose for passport photographs weeks earlier. CHERY maintained having no knowledge of what the photos were to be used for. CHERY signed a sworn statement in which he wrote that he had never applied for a U.S. Passport, the photo affixed to the DS 11 application filed on April 5, 2005 is a photograph of him, and the birth certificate submitted with the DS 11 application is his. He further stated that he (CHERY) had no knowledge of RATON doing this.

7. On 06/03/05 DSS Agents interviewed SYDNEY GUILLIANO RATON at Owen Brown Public Library 6600 Cradelrock Way, Columbia, Maryland 21045. RATON presented a Maryland driver license in the name RATON, Sydney Guilliano as identification. RATON confessed to the crime and was willing to provide a sworn statement about the facts. In the statement, RATON admitted that: he had fraudulently submitted the DS-11 with his brother's information because he was trying to go to Ibiza, Spain on vacation, that he could not obtain his own Passport due to his HHS hold for delinquent child-support payments, that he had used his brother's documents and photograph, and that he had forged his brother's signature in block 23 on the DS-11.

8. Based upon the above information, the factual basis is established that the defendant SIDNEY GUILLIANO RATON, has violated Title 18, United States Code, Sections 1542, False Statements in an Application for a Passport in that he made false statements in an application for a United States passport by representing himself to be MARIO GERALD CHERRY with a social security of 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, born on 01/17/82, in

Orange Township New Jersey, knowing said statements to be false, and that he willfully and knowingly used a means of identification of another person to aid the unlawful activity with the intent to secure the issuance of passports and the rules prescribed pursuant to such laws under the authority of the United States.