UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
           Plaintiff            :
                               :
vs.                            :     CRIMINAL NO. 05-422
                               :     Judge Colleen Kollar-Kotelly
                               :
SIDNEY GUILLIANO RATON         :
                               :
           Defendant            :

## ORDER

The probation office shall file its Presentence Report by no later than __May 31, 2006__.

The parties shall file its Memorandum in Aid of sentencing by no later than __JUNE 5, 2006__ and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on __JUNE 12, 2006 9:00 A.M.__

IT IS SO ORDERED,

Date: May 11, 2006

_____
Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Courtroom Clerk
    Pretrial
    Probation
    Robert Feitel, AUSA
    Tony Miles, AFPD