HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: 05-CR-00422 |
| vs. | SSN: _____ |
| RATON, Sidney | Disclosure Date: May 8, 2006 |

**FILED**
**JUN 1 2 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____5/15/06_____
**Prosecuting Attorney**                                          **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____     _____  _____
**Defendant**                     **Date**              **Defense Counsel**              **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 22, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 22, 2006

**FILED**

**BY FAX (202) 273-0193**

JUN 1 2 2006

Ms. Tennille Losch
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: United States v. Sidney Raton [Cr. No. 05-422 (CKK)]

Ms. Losch:

    Mr. Raton and I have reviewed the Presentence Report (PSR) in relation to his case and we have found that the following factual/material inaccuracies may exist in the PSR:

    -On page 6, paragraph 27, Mr. Raton recalls that he may have been sentenced in 1994 in connection with this offense. If true, he should not receive any criminal history points for this offense because it falls outside the ten year time limit applicable to such offenses. See U.S.S.G. § 4A1.1(e).

    -On page 6, paragraph 29, due to the above correction, Mr. Raton's subtotal criminal history score is 1.

    -On page 6, paragraph 30, due to the above correction, Mr. Raton's total criminal history score is 1 and his criminal history category is category I.

    -On page 10, paragraph 54, due to the above correction, Mr. Raton's criminal history category is I and his sentencing guideline range is 0 to 6 months.

    -On page 10, paragraph 61, due to the above correction, the applicable guideline range is in Zone A of the Sentencing Table.

Thank you for your assistance.

05/23/06  07:32 FAX 202 208 7515         Federal Public Defender                                    ☑003

Sincerely,

*[signature: Tony W. Miles]*

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Robert Feitel