# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

SIDNEY GUILLIANO RATON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: CR-05-422

Tony W. Miles
Defendant's Attorney

**FILED**
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pleaded guilty to Count 1 on December 15, 2005.

Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title and Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 18 USC 1542 | False Statement in Application and Use of Passport | April 21, 2005 | 1 |

As pronounced on June 12, 2006, the defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the __19th__ day of __June__, 2006.

_____
United States District Judge Colleen Kollar-Kotelly

Defendant's Soc. Sec. No.: XXX-XX-4849
Defendant's Date of Birth: XX-XX-1976
Defendant's USM No.: 28205-016
Defendant's Residence and Mailing Address:

Defendant: SIDNEY GUILLIANO-RATON                                                                  Judgment - Page 2 of 3
Case Number: CR-05-422

## PROBATION

The Defendant is hereby placed on probation for a term of Three (3) years on Count 1.

While on probation, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervision.

### STANDARD CONDITIONS OF PROBATION

1. You will not leave the judicial district without permission of the Court or probation officer.
2. You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3. You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5. You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. You will notify the probation officer at least ten days prior to any change of residence or employment.
7. You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8. You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9. You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10. You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11. You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12. As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13. You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1. The defendant shall submit to the collection and use of DNA identification information at the direction of the U.S. Probation Office, pursuant to 42 USC 14135.

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the Probation Office.

3. The defendant shall make child support payments and work with probation at a financial schedule to pay arrearage and current schedules of payments.

4. The defendant shall serve 180 days electronic monitoring to commence within thirty (30) days of this date. The Court finds you do not have the ability to pay both back child support and the cost of electronic monitoring. Therefore, the Court waives the cost of electronic monitoring. During the period of electronic monitoring, you shall remain at your place of residence, except for employment or other activities approved in advance by the probation officer. You shall permit a probation officer to contact your employer while participating in the electronic monitoring program. You shall maintain a telephone at your place of residence without any special features, modems, answering machines, or cordless telephones during the term of electronic monitoring. You're shall wear an electronic device and observe the rules specified by the probation office. You may not leave the judicial district during the term of electronic monitoring unless specifically approved by the probation officer.

Defendant: SIDNEY GUILLIANO-RATON                                              Judgment - Page 3 of 3
Case Number: CR-05-422

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine; (4) cost of prosecution; (5) interest; (6) penalties.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $100.00 | $0.00 | $0.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $100 for Count 1, which shall be due immediately to the Clerk of the Court for the U.S. District of Columbia.

The defendant shall notify the Clerk of the Court for the U.S. District Court, District of Columbia, within 30 days of any change of address, until such time as the financial obligation is paid in full.

**THE COURT FINDS** that the defendant does not have the financial ability to pay a fine and, therefore, waives imposition of a fine in this case.

If the fine and/or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 Constitution Ave., N.W., Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.