UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Cr. No. 05-422 (CKK) |
| ) | |
| SIDNEY RATON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR TEMPORARY LEAVE
TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA**

Defendant, Sidney Raton, was previously before this Court as a person who had been charged with False Statements in Application and Use of Passport, in violation of 18 U.S.C. § 1542.  Mr. Raton pled guilty to the charged offense and he was sentenced on June 12, 2006.  At sentencing, Mr. Raton was placed on three years probation and he was required to serve 180 days in home confinement.

Mr. Raton is currently serving the home confinement portion of his sentence and he is now respectfully requesting the Court for permission to temporarily travel outside the jurisdiction while he is on home confinement.  Specifically, Mr. Raton requests permission to travel to Philadelphia, Pennsylvania from Saturday, August 26, 2006 to Monday, August 28, 2006 in order to participate in his sister's wedding.

Assistant U.S. Attorney Tony Alexis informed undersigned counsel that the government does not oppose this motion as long as the probation office is able to contact Mr. Raton while he is away.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY W. MILES
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500