# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   Cr. No. 05-422 (CKK) |
| | ) |
| **SIDNEY RATON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## O R D E R

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area while on home detention, it is this _____ day of August, 2006,

HEREBY ORDERED that Mr. Raton shall be permitted to travel to Philadelphia, Pennsylvania from Saturday, August 26, 2006 to Monday, August 28, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Tony W. Miles, Assistant Federal Public Defender
Tony Alexis, Assistant United States Attorney
Danny M. Thomas, Probation Officer